400 P.3d 581

Krishna NARAYAN; Sherrie Narayan; Vi-rendra Nath; Nancy Makowski; Keith Macdonald as Co-trustee for the DKM Trust Dated October 7, 2011; Simon Yoo; Sumiyo Sakaguchi; Susan Renton, as Trustee for the Renton Family Trust Dated 12/3/09; Stephen Xiang Pang; Faye Wu Liu; Massy Mehdipour as Trustee for Massy Mehdipour Trust Dat-ed June 21, 2006; G. Nicholas Smith; Tristine Smith; Ritz 1303 re, LLC, a Colorado Limited Liability Company; and Bradley Chaffee As Trustee of the Charles V. Chaffee BRC Stock Trust Dated 12/1/99 and The Clifford W. Chaf-fee BRC Stock Trust Dated 1/4/98, Peti-tioners/Plaintiffs-Appellees,

v.

THE RITZ-CARLTON DEVELOPMENT COMPANY, INC.; The Ritz-carlton Management Company, LLC; John Al-bert; Edgar Gum, Respondents/Defen-dants-Appellants,

and

Marriott International Inc.; Maui Land & Pineapple Co., Inc.; Exclusive Resorts, LLC; Kapalua Bay, LLC; Association of Apartment Owners of Kapalua Bay Con-dominium; Caroline Peters Belsom; Ca-thy Ross; Robert Parsons; Ryan Church-ill; The Ritz-carlton Hotel Company, L.L.C.; Marriott Vacations Worldwide, Corporation; Marriott Ownership Re-sorts, Inc.; Marriott Two Flags, LP; MH Kapalua Venture, LLC; MLP KB Part-ner LLC; Kapalua Bay Holdings, LLC;

ER Kapalua Investors Fund, LLC; ER Kapalua Investors Fund Holdings, LLC; Exclusive Resorts Development Company, LLC; and Exclusive Resorts Club I Holdings, LLC, Respondents/Defendants.

SCWC-12-0000819

Supreme Court of Hawai'i.

DATED: Honolulu, Hawai'i, August 9, 2017.

(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and Circuit Judge Nakasone, in place of Acoba, J., recused)

ORDER DENYING MOTION FOR RECONSIDERATION

Upon consideration of Respondents/Defendants-Appellants the Ritz Carlton Development Company, Inc., et al's motion for reconsideration of the opinion filed on July 14, 2017, Exclusive Resorts, LLC, et al.'s joinder in the motion for reconsideration and the record herein,

IT IS HEREBY ORDERED that the motion is denied.